Exhibit 5 Amended        Brett & Kellie Davis 19-52419

# Robert Keyes Law, PLLC - Activity Type

Date Start: 4/18/2020 | Date End: 6/16/2023 | Clients: Brett & Kellie Davis | Users: | Cases: All | Activity Types: | Group By: Activity Code

| Date | Client | Cases | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|

## Case Administration

**Robert Keyes**

| Date | Client | Cases | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| 05/18/2020 | Brett & Kellie Davis | Ch. 13 | Debtor received bonus. Discussion with trustee assistant re various needs by debtors to retain bonus. | 0.50 | $100.00 |
| 05/26/2020 | Brett & Kellie Davis | Ch. 13 | Detailing request to retain bonus with debtors. | 0.60 | $120.00 |
| 06/01/2020 | Brett & Kellie Davis | Ch. 13 | Propose and send draft stip to trustee regarding reasons debtor need to keep bonus. | 0.50 | $100.00 |
| 12/07/2020 | Brett & Kellie Davis | Ch. 13 | Debtors need to replace vehicle. Discuss process with them. | 0.50 | $100.00 |
| 12/08/2020 | Brett & Kellie Davis | Ch. 13 | Communicate with lender re details of new vehicle including. Review retail installment agreement with debtors. | 0.75 | $150.00 |
| 12/09/2020 | Brett & Kellie Davis | Ch. 13 | Get correct form from trustee to stipulate credit for new vehicle. Prepare stipulation. | 0.50 | $100.00 |
| 12/10/2020 | Brett & Kellie Davis | Ch. 13 | Get signatures and file stipulation to approve application for new credit. Paralegal rate. | 0.40 | $40.00 |
| 04/14/2021 | Brett & Kellie Davis | Ch. 13 | Review 2020 taxes. | 0.25 | $50.00 |
| 04/14/2021 | Brett & Kellie Davis | Ch. 13 | Annual review of case progress and status at end of 2020. | 0.50 | $100.00 |
| 01/28/2022 | Brett & Kellie Davis | Ch. 13 | Annual review of case progress and status at end of 2021. | 0.60 | $120.00 |
| 02/01/2023 | Brett & Kellie Davis | Ch. 13 | Annual review of case progress and status at end of 2022. | 0.60 | $120.00 |
| 04/12/2023 | Brett & Kellie Davis | Ch. 13 | Discussions over several weeks with debtors re new job and possible options such as requesting trustee to forgive several months payments to be added back when debtor gets new job. | 2.00 | $400.00 |
| 05/19/2023 | Brett & Kellie Davis | Ch. 13 | Catching up payments discussion with debtor. | 0.30 | $60.00 |
| | | Totals Amounts for User Robert Keyes | | 8.00 | $1,560.00 |
| | | Totals Amounts for Activity Type Case Administration | | 8.00 | $1,560.00 |

## Chapter 13 Plan

**Robert Keyes**

| Date | Client | Cases | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| 07/08/2020 | Brett & Kellie Davis | Ch. 13 | Prepare and file proposed plan modification. | 1.00 | $200.00 |
| 07/29/2020 | Brett & Kellie Davis | Ch. 13 | Plan mod stipulation with conditions. | 0.75 | $150.00 |
| 09/17/2020 | Brett & Kellie Davis | Ch. 13 | Revised I & J as required by Order Modifying Plan Dkt. #55. | 0.90 | $180.00 |
| 11/18/2022 | Brett & Kellie Davis | Ch. 13 | Plan mod to retain bonus due to changes in debtors' finances. | 1.50 | $300.00 |
| 01/05/2023 | Brett & Kellie Davis | Ch. 13 | 2nd Plan Modification | 0.60 | $120.00 |
| 01/24/2023 | Brett & Kellie Davis | Ch. 13 | Review trustee's 8 objections. | 1.20 | $240.00 |
| 01/25/2023 | Brett & Kellie Davis | Ch. 13 | Discuss objections with debtors. | 1.40 | $280.00 |
| 02/03/2023 | Brett & Kellie Davis | Ch. 13 | Email response to trustee's objections. | 0.40 | $80.00 |

| Date | Client | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/13/2023 | Brett & Kellie Davis | Ch. 13 | Debtor lost job. Extensive discussions with debtors about possible options and outcomes. | 0.75 | $150.00 |
| 03/16/2023 | Brett & Kellie Davis | Ch. 13 | Prepare and file stipulation to withdraw existing plan mod. | 0.25 | $50.00 |
| 05/18/2023 | Brett & Kellie Davis | Ch. 13 | Debtor got a new job with increased income. There were several emails, 6 text threads on 3/31, 5/18, 5/19, 5/20, 5/22, 5/22 and phone calls with debtors to review the net income and changed expenses. Some changes in expenses were due to CPI changes totaling about 17% since prior Sch J. | 1.00 | $200.00 |
| 05/22/2023 | Brett & Kellie Davis | Ch. 13 | New I & J. | 0.30 | $60.00 |
| 05/22/2023 | Brett & Kellie Davis | Ch. 13 | File new I & J. | 0.00 | $0.00 |
| | Totals Amounts for User Robert Keyes | | | 10.05 | $2,010.00 |
| | Totals Amounts for Activity Type Chapter 13 Plan | | | 10.05 | $2,010.00 |
| | Grand Total | | | 18.05 | $3,570.00 |