UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

BRETT E. DAVIS and
KELLIE A. DAVIS

CHAPTER 13
CASE NO. 19-52419-lsg
JUDGE Lisa S. Gretchko

Debtors.
_____/

## STIPULATION TO ALLOW TRUSTEE TO DISBURSE FUNDS AFTER EXPIRATION OF PLAN

Debtors, Brett E. Davis and Kellie A. Davis, by and through their counsel, Yuliy Osipov, and the Chapter 13 Trustee, David Wm. Ruskin, hereby stipulate to entry of Order to Allow Trustee to Disburse Funds After Expiration of Plan (Exhibit A).

Stipulated and approved for entry:

| | |
|---|---|
| /s/ Michelle M. Stephenson (YO w/consent) | /s/ Yuliy Osipov_____ |
| David Wm. Ruskin (P26803) | Yuliy Osipov (P59486) |
| Attorney and Standing Chapter 13 Trustee | Attorney for Debtor |
| Christopher P. Reilly (P54168) Staff Attorney | OSIPOV BIGELMAN, P.C. |
| Michelle M. Stephenson (P51653) Staff Attorney | Ste 420 |
| 26555 Evergreen, Suite 1100 | Southfield, MI 48076 |
| Southfield, MI 48076-4251 | 248-663-1800 |
| Telephone (248) 352-7755 | yo@osbig.com |

STIPULATION_ALLOWING_TE_DISBURSE_FUNDS_AFTER_EXP_PLAN_361.0125

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

                                          CHAPTER 13

BRETT E. DAVIS and               CASE NO. 19-52419-lsg
KELLIE A. DAVIS                  JUDGE Lisa S. Gretchko

      Debtors.
_____/

## ORDER TO ALLOW TRUSTEE TO DISBURSE FUNDS AFTER EXPIRATION OF PLAN

      THIS MATTER came before the Court on Stipulation to Allow Trustee to Disburse Funds After Expiration of Plan (ECF No.___). Notice is not required because there is no adverse impact upon any party. The Court reviewed the pertinent pleadings and is advised in the premises;

      IT IS HEREBY ORDERED that the Trustee shall be and is authorized to use the funds currently on hand toward satisfaction of the Debtors' obligations under the Plan to the extent available.